-1-

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **BEATRICE CRANMER,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION FILE NO.:** |
| v. : | **1:11-cv-01800-JEC-ECS** |
| : | |
| **MONARCH RECOVERY** : | |
| **MANAGEMENT, INC.,** : | |
| : | |
| **Defendant.** : | |
| : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

**COME NOW BEATRICE CRANMER**, Plaintiff hereinabove, and **MONARCH RECOVERY MANAGEMENT, INC.**, Defendant hereinabove (the "Parties"), and stipulate to the dismissal of this matter with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Parties' Settlement Agreement, and request that the Court dismiss the matter with prejudice as to the Parties and retain jurisdiction over this matter and the Parties as necessary and appropriate to enforce such Settlement Agreement.

Accordingly, it is **ORDERED, ADJUDGED AND DECREED** that:

(1)  This matter is hereby dismissed, with prejudice, pursuant to the Settlement Agreement;

-1-

(2) Each of the Parties shall bear his/its respective costs and attorney's fees; and

(3) The Court shall retain jurisdiction over this matter and the Parties for purposes of enforcement of the Settlement Agreement.

**SO ORDERED**, this ____ day of _____, 2011.

_____
Julie E. Carnes, Judge
United States District Court

**APPROVED AND SUBMITTED FOR ENTRY:**

*s/ Carl H. Anderson, Jr.*
Carl H. Anderson, Jr.
Georgia Bar No. 016320

*Attorney for Defendant*

**HAWKINS PARNELL THACKSTON & YOUNG LLP**
4000 SunTrust Plaza
303 Peachtree Street, N.W.
Atlanta, GA  30308-3243
Telephone:  (404) 614-7400
Telecopier:  (404) 614-7500
E-mail:  canderson@hptylaw.com

**APPROVED AND CONSENTED TO:**

*/s/  Alexander Simanovsky*          *[Signed with express permission by Carl H.*
Alexander Simanovsky, Esq.            *Anderson, Jr.]*
Georgia Bar No.

*Attorney for Plaintiff*

**ALEX SIMANOVSKY & ASSOCIATES LLC**
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
Telephone:   (770) 414-1002
Telecopier:  (770) 414-9891
E-mail:      alex@lemonlawinfo.com
             alex@fdcpalawyeronline.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BEATRICE CRANMER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO.: |
| v. | : | 1:11-cv-01800-JEC-ECS |
| | : | |
| MONARCH RECOVERY MANAGEMENT, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## CERTIFICATE OF COUNSEL

The undersigned hereby certifies that he has prepared the within and foregoing document in accordance with LR 5.1, NDGa, and LR7.1(D),NDGa. Specifically, counsel certifies that he has used 14 point Times New Roman as the font for these documents.

This 15th day of November, 2011

*s/ Carl H. Anderson, Jr.*
Carl H. Anderson, Jr.
Georgia Bar No. 016320

*Attorney for Defendant*

**HAWKINS PARNELL THACKSTON
 & YOUNG LLP**
4000 SunTrust Plaza
303 Peachtree Street, N.W.

10653458v1

Atlanta, GA  30308-3243
Telephone:  (404) 614-7400
Telecopier:  (404) 614-7500
E-mail:       canderson@hptylaw.com

10653458v1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **BEATRICE CRANMER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION FILE NO.:** |
| v. | : | 1:11-cv-01800-JEC-ECS |
| | : | |
| **MONARCH RECOVERY** | : | |
| **MANAGEMENT, INC.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date caused to be served upon all counsel a true and correct copy of the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** by electronic filing and/or by United States Mail with adequate postage attached and addressed as follows:

Alexander Simanovsky, Esq.
Alex Simanovsky & Associates LLC
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345

This 15th day of November, 2011

*s/ Carl H. Anderson, Jr.*
Carl H. Anderson, Jr.
Georgia Bar No. 016320

*Attorney for Defendant*

10653458v1

**HAWKINS PARNELL THACKSTON
 & YOUNG LLP**
4000 SunTrust Plaza
303 Peachtree Street, N.W.
Atlanta, GA  30308-3243
Telephone:  (404) 614-7400
Telecopier:  (404) 614-7500
E-mail:      canderson@hptylaw.com